WALLACE BEATTY, Individually and as Temporary Administrator, etc.,

and Another, Respondents, v. JESSE E. READ and CLARA READ, Appellants. — Judgment reversed and new trial granted, costs to abide the event, upon the ground that we think that the plaintiff was incompetent under section 829 of the Code of Civil Procedure to testify to what he did with the deed; and that the defendant's objections to such testimony should have been sustained. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.